IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**BEVELYN ROBINSON**                            **PLAINTIFF**

**VS.**                   **NO. 5:04 CV 437 JMM**

**PRINCIPAL LIFE INSURANCE COMPANY;
PRUDENTIAL INSURANCE COMPANY OF AMERICA;
BURLINGTON INDUSTRIES; BURLINGTON RUG
COMPANY**                      **DEFENDANTS**

## JUDGMENT

In accordance with the Court's Order entered this date, judgment is hereby entered in favor of the Plaintiff as against Defendant Burlington Rug and dismissed as against Defendant Principal.

**IT IS SO ORDERED this 7th day of December, 2005.**

_____
**James M. Moody
United States District Judge**