IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**BEVELYN ROBINSON**                                                                                  **PLAINTIFF**

VS.                                    **CASE NO. 5:04CV00437 JMM**

**PRINCIPAL LIFE INSURANCE COMPANY, ET AL.**                              **DEFENDANT**

**ORDER**

Pending before the Court is plaintiff's Motion for Finding of Contempt and for Execution of Judgment. For the reasons stated below, the motion is denied (#52).

The Court entered a judgment against Burlington Rug Company ("Burlington Rug") on December 7, 2005 which remains unsatisfied. Plaintiff seeks, by way of this motion, enforcement of the judgment against Burlington Rug and its counsel.

The Court denies plaintiff's request to hold former counsel for Burlington Rug, Troy Price, in contempt and will not enforce any judgment against Price as he is not obligated under the judgment. Further he was under no obligation to advise plaintiff of the state of his former client's business operations absent a formal or informal request made during litigation.

Unless plaintiff can identify specific property against which to execute the judgment, and file the appropriate pleadings, the Court is unable to grant the remedy sought against Burlington Rug.

The dismissal of the motion is with prejudice as to Troy Price and without prejudice as to Burlington Rug.

IT IS SO ORDERED THIS   17   day of   August  , 2007.


James M. Moody
United States District Judge